**Vickie L. McIver ROBERTS,
Plaintiff–Appellant,**

v.

**BAPTIST HOSPITAL, Director, Employee Relations; Goodwill Services, Incorporated; North Carolina Division of Vocational Rehabilitation, Defendants–Appellees.**

No. 06–1835.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 29, 2006.

Decided: Jan. 18, 2007.

Vickie L. McIver Roberts, Appellant Pro Se. Kristine Marie Howard, Penni Pearson Bradshaw, Constangy, Brooks & Smith, LLC, Winston–Salem, North Carolina; Dorothy Powers, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vickie L. McIver Roberts appeals the district court's order denying leave to file a new civil action pursuant to the district court's prior order imposing a prefiling injunction. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Roberts v. Baptist Hosp.,* No. 1:06–mc–00059–FWB (M.D.N.C. July 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*